**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7641**

---

SHERMAN CLAYTON MONTGOMERY,

> Plaintiff - Appellant,

versus

GENEVA BERRY; KATHERINE FLANAGAN; GLENN EARL
WILLIAMS; CHANSON ALBERT DEVAUL; RENOICE
STANCIL; HAQUE ETHESHAMUL; NURSE VANKERN; R.
DAVIDSON, Nurse Practitioner,

> Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (CA-04-210)

---

Submitted: January 19, 2006      Decided: January 26, 2006

---

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sherman Clayton Montgomery, Appellant Pro Se. Joseph Edward Elder,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina;
Elizabeth P. McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh,
North Carolina; Walter Gregory Merritt, HARRIS, CREECH, WARD &
BLACKERBY, New Bern, North Carolina; Dana Hefter Davis, Raleigh,
North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherman Clayton Montgomery appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Montgomery v. Berry, No. CA-04-210 (E.D.N.C. Sept. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -